AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAIMIE PRETTO

V.

ANNA E. SEARS PRESCHOOL, INC., ANNA NESTOR and JOHN NESTOR

CASE NUMBER: **07 C 7242**

ASSIGNED JUDGE: **JUDGE ZAGEL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

JOHN NESTOR
13245 W. Lincoln Highway
New Lenox, IL 60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ernest T. Rossiello
ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
134 North LaSalle Street, Suite 1330
Chicago, IL 60602
(312) 346-8920
ETRLaw@aol.com

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_ (signature)

(By) DEPUTY CLERK

December 27, 2007

Date

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 6/19/2008 |
| NAME OF SERVER (PRINT): Sara Marudecki | TITLE: Paralegal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
By Delivering BY MESSENGER a copy of the summons and complaint to John Nestor at 60 Orland Square Drive, Suite 202, Orland Park, IL 60462

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/2008
Date

Signature of Server

Address of Server:
Ernest T. Rossiello
Attorney at Law
134 North LaSalle St., #1330
Chicago, IL 60602-1137
(312) 346-8920

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.